In the Matter of the Claim of HELEN DUCA, Appellant, v. CAMPUS PIZZA, INCORPORATED, et al., Respondents. WORKMEN'S COMPENSATION BOARD,

Respondent.— Appeal from a decision of the Workmen's Compensation Board, dated July 29, 1969, which disallowed the claim upon a finding on the the evidence that decedent did not sustain an accidental injury within the meaning of the law on April 19, 1967. Substantial evidence supports the decision. Decision affirmed, without costs. Herlihy, P. J., Greenblott, Cooke, Main and Reynolds, JJ., concur.